# EXHIBIT 3

**Pending Open Change Orders**

| | | |
|---|---|---:|
| Bulletin #031 | 12/17/18 | -$1,266.00 |
| PCO 181 | 02/06/19 | $1,308.00 |
| PCO 200 - Patching | 02/25/19 | $7,580.00 |
| PCO #200 and RFI #448 | 03/15/19 | $6,877.00 |
| Stencil Rated Walls | 04/01/19 | $3,861.00 |
| 1/2" ILO 5/8" GWB at Showers | 04/01/19 | $10,329.00 |
| Cut Dyrwall for Duct Insulation | 04/01/19 | $4,197.00 |
| PCO #200 - Patching | 04/01/19 | $9,248.00 |
| PCO #220 - RFI #448 | 04/01/19 | $1,221.00 |
| PCO #236 - South Stair Blocking | 04/01/19 | $1,084.00 |
| PCO #250 - Kitchen Blocking | 04/01/19 | $1,546.00 |
| PCO #251 - Unit #135 Shower | 04/01/19 | $993.00 |
| PCO #252 - Window Damage | 04/01/19 | $3,056.00 |
| PCO #257 - Cut Penetrations | 04/01/19 | $3,666.00 |
| Bulletin #82 | 04/19/19 | $298,394.00 |
| PCO #200 | 04/19/19 | $8,416.00 |
| Replace Board at Bathroom Locations | 04/19/19 | $8,671.00 |
| PCO 200 | 04/23/19 | $595.00 |
| PCO 257 | 04/23/19 | $2,872.00 |
| Cut Penetrations for MEP | 04/23/19 | $1,545.00 |
| Stenciling Extra Work | 05/09/19 | $1,393.00 |
| PCO #200 | 05/09/19 | $8,288.00 |
| Bulletin 094 | 05/10/19 | $3,465.00 |
| PCO #289 | 05/09/19 | $5,083.00 |
| PCO #302 | 05/09/19 | $789.00 |
| PCO #303 | 05/09/19 | $773.00 |
| Bulletin 090 | 05/10/19 | $14,766.00 |
| PCO 326 | 05/28/19 | $5,831.00 |
| PCO 148 | 05/28/19 | $10,565.00 |
| PCO 289 | 05/29/19 | $18,317.00 |
| PCO 315 | 05/29/19 | $2,922.00 |
| PCO 183 | 05/29/19 | $1,766.00 |
| PCO 200 | 05/29/19 | $7,698.00 |
| PCO 220 | 05/29/19 | $2,319.00 |
| Stenciling | 05/29/19 | $2,539.00 |
| PCO #200 - Patching | 06/25/19 | $9,151.00 |
| Bulletin #93 | 06/25/19 | $4,384.00 |
| KBE Trash Pick Up | 06/25/19 | $3,414.00 |
| Stencils and Center Stairs | 06/25/19 | $9,027.00 |
| PCO #289 - Patching | 06/25/19 | $8,287.00 |
| PCO #353 - ASK #16 | 06/25/19 | $1,748.00 |
| PCO #220 - RFI #448 | 06/25/19 | $14,831.00 |

| | | |
|---|---|---|
| PCO #200 | 06/25/19 | $49,439.00 |
| Bulletin #101 (part 1) | 06/25/19 | $16,649.00 |
| PCO #349 - Stocking From Boom Lift (pt 1) | 07/05/19 | $14,909.00 |
| PCO #373 - Moving Trash | 07/02/19 | $1,909.00 |
| PCO #323 - Mold at P2 Stair | 07/02/19 | $2,844.00 |
| PCO #200 | 07/02/19 | $32,855.00 |
| PCO #338 Added Bulkhead to Cover Pipe | 07/02/19 | $12,435.00 |
| PCO 200 KBE Direction on Misc. Activities | 07/18/19 | $73,901.00 |
| PCO X15 & X17 Wing Walls | 07/18/19 | $4,151.00 |
| PCO 338 - Bulletin 96 | 07/18/19 | $2,891.00 |
| PCO 353 - ASK 16 | 07/18/19 | $7,092.00 |
| PCO 444 - Sheathing at column | 07/18/19 | $2,038.00 |
| PCO 406 - Raised Ceiling Pocket | 07/18/19 | $3,865.00 |
| PCO 397 - ASK 17 Enclosure | 07/18/19 | $3,679.00 |
| PCO #245 - Horizontal Rated Pipe Enclosure | 07/29/19 | $3,600.00 |
| PCO #275 - Laundry Room HOW Detail | 07/29/19 | $6,078.00 |
| PCO #353 - Durock for Showers | 07/29/19 | $3,580.00 |
| PCO #379 Framing to Cover Slab Edge | 07/29/19 | $6,868.00 |
| PCO #200 | 07/29/19 | $22,246.00 |
| PCO #200 | 07/31/19 | $60,645.00 |
| PCO #441 Framing For Fire Valve Wall | 07/31/19 | $2,767.00 |
| PCO #512 Shaftwall Field Connection | 07/31/19 | $6,084.00 |
| PCO #440 - RFI #481 Added Control Joints at North Corridor | 07/31/19 | $3,839.00 |
| PCO #353 Added Durock at Showers | 07/31/19 | $5,819.00 |
| PCO #200 | 08/15/19 | $3,177.00 |
| PCO #353 Pad Out ADA Showers at #615 | 08/15/19 | $1,937.00 |
| PCO #200 | 08/15/19 | $26,733.00 |
| PCO #148 Damage Repair on OT | 08/19/19 | $7,090.00 |
| PCO #200 | 08/19/19 | $31,844.00 |
| Bulletin #101 (pt #2) | 08/19/19 | $2,670.00 |
| PCO #200 | 08/29/19 | $34,189.00 |
| Close Out EWO Tickets | 09/06/19 | <u>$39,206.00</u> |
| **Total Open Change Orders** | | **$1,008,578.00** |