# EXHIBIT 4



October 15, 2019

**Stephen M. Seeger**
Direct Phone 202-747-0793
Direct Fax 202-640-5961
sseeger@cozen.com

**BY FIRST-CLASS MAIL AND
BY CERTIFIED MAIL,
RETURN-RECEIPT REQUESTED**
Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, New Jersey 08889

**BY FIRST-CLASS MAIL, BY
CERTIFIED MAIL, RETURN-RECEIPT
REQUESTED, AND BY
FAX (410-910-1029)**
KBE Building Corporation Field Trailer
600 Brandon Avenue
Charlottesville, Virginia 22903

**BY FIRST-CLASS MAIL, BY
CERTIFIED MAIL, RETURN-RECEIPT
REQUESTED, AND
BY FAX (410-910-1029)**
KBE Building Corporation
7150 Columbia Gateway Drive, Suite A
Columbia, Maryland 21046

**BY FIRST-CLASS MAIL, BY
CERTIFIED MAIL, RETURN-RECEIPT
REQUESTED, AND BY
FAX (410-910-1029)**
KBE Building Corporation
76 Batterson Park Road
Farmington, Connecticut 06032

Re: **PAYMENT BOND CLAIM**
**PRINCIPAL: KBE Building Corporation**
**SURETY: Federal Insurance Company**
**BOND NO.: 82461347**
**PROJECT: University of Virginia Brandon Avenue Upper-Class Housing; Project Code 207-B1266-000**

Dear Surety Claims Representative:

This firm represents Manganaro Midatlantic, LLC ("MMA"). On or about November 20, 2017, Federal Insurance Company (the "Surety") issued Payment Bond Number 82461347 on behalf of KBE Building Corporation ("KBE"), as Principal, in favor of the Commonwealth of Virginia and The Rector and Visitors of the University of Virginia, the Owner, (collectively, the "University"), in connection with the University of Virginia Brandon Avenue Upper-Class Housing Project, Project Code 207-B1266-000 (the "Project"). A copy of the Payment Bond is attached hereto as Exhibit 1.

On or about May 15, 2018, KBE and MMA entered into a Subcontract Agreement (the "Subcontract") to furnish and install all drywall, carpentry, and ceiling work at the Project. A copy of the Subcontract is attached hereto as Exhibit 2.

MMA last performed work on the Project on August 24, 2019. MMA has faithfully performed its work under the Subcontract and has timely submitted its Applications for Payment to KBE. To date, however, MMA has only been paid $2,987,537 and is owed $1,526,833.

Federal Insurance Company
KBE Building Corporation
October 15, 2019
Page 2

| | |
|---|---|
| **Original Contract Amount:** | $ 3,215,921 |
| **Approved Change Orders:** | $ 289,871 |
| **Subtotal:** | $ 3,505,792 |
| **Pending Change Orders:** | $ 1,008,578 |
| **TOTAL EARNED** | $4,514,370 |
| **Amount Paid to Date:** | ($ 2,987,537) |
| **Total Amount Due:** | $ 1,526,833 |

A copy of Application for Payment #12, which includes a Schedule of Values and a list of all Pending Change Orders, is attached hereto as <u>Exhibit 3</u>. MMA reserves the right to update this claim with additional amounts that may become due.

Therefore, MMA hereby asserts a Payment Bond claim in the amount of $1,526,833 against Payment Bond Number 82461347. Please forward any proof of loss forms or other documentation needed to investigate MMA's claim.

I can be reached at (202) 274-0793 or via e-mail at Sseeger@cozen.com if you have questions or wish to discuss this claim.

This correspondence is subject to a complete reservation of MMA's rights and defenses in connection with this and all related matters.

Sincerely,

Stephen M. Seeger

Enclosures

cc:    Manganaro Midatlantic, LLC