IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

MANGANARO MIDATLANTIC, LLC

Plaintiff,

v.                               Case No. 3:19-cv-00080-GEC

KBE BUILDING CORPORATION
and FEDERAL INSURANCE COMPANY

Defendants.

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Compel Discovery from Defendant KBE Building Corporation, and all of the relevant information in the record, it is this _____ day of _____, 2020, by the District Court for the Western District of Virginia,

ORDERED that Plaintiff's Motion to Compel be and hereby is GRANTED; and

ORDERED that KBE Building Corporation provide full responses to Plaintiff's First Set of Interrogatories and produce documents to Plaintiff, as requested in Plaintiff's First Requests for Production, by no later than the _____ day of _____ , 2020; and

ORDERED that KBE Building Corporation pay Plaintiff's reasonable expenses incurred in making this Motion, including attorney's fees and court costs in the amount of _____.

_____
JUDGE, District Court for the Western District of Virginia