## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| MANGANARO MIDATLANTIC, LLC, | |
| *Plaintiff*, | |
| v. | Case No. 3:19cv00080 |
| KBE BUILDING CORPATION, *et al.*, | |
| *Defendants* | |

On May 23, 2022, the Court held a status conference at which counsel for the parties stated they were working to resolve the issues presented in three pending motions to compel discovery. ECF Nos. 62, 63, 64. The parties did not set their respective motions for a hearing, or arrange to submit them without a hearing, within 60 days after the motions were filed. W.D. Va. Civ. R. 11(b). Accordingly, the motions, ECF Nos. 62, 63, 64, are hereby deemed withdrawn pursuant to Local Rule 11(b).

It is so ORDERED.

ENTER: May 23, 2022

Joel C. Hoppe
United States Magistrate Judge